NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, CAROL RISSER, JOHN DOES 1-4, AND JANE DOES 2-3, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5003

---

Appeal from the United States Court of Federal Claims case no. 00-CV-644, Judge Nancy B. Firestone.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Robert H. Cox as counsel for the appellants,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__APR 1 3 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jerrold J. Ganzfried, Esq.
     Robert H. Cox, Esq.
     Douglas K. Mickle, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 1 3 2011**

**JAN HORBALY**
**CLERK**